UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARSH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AHMAD CAHLA PLAZA, LLC,<br><br>　　　　Defendant. | CV 20-6877-RSWL-MAAx<br><br>**ORDER TO SHOW CAUSE** |

　　　Plaintiff Carlos Marsh ("Plaintiff") brings this Action against Defendant Ahmad Cahla Plaza, LLC ("Defendant") for violations of the Americans with Disabilities Act and the Unruh Civil Rights Act.

　　　On September 23, 2022, Plaintiff's counsel filed a Notice of Suggestion of Plaintiff's Death [40]. In that Notice, Plaintiff's counsel stated they were "in the process of determining Plaintiff's nonparty successors or representatives of Plaintiff." Notice of Suggestion of Plf.'s Death, ECF No. 40. Then, in November 2022,

1

two of Plaintiff's counsel withdrew as counsel of record, leaving five attorneys representing Plaintiff. See Notice of Appearance or Withdrawal of Counsel: for att'y Amanda Lockhart counsel for Plf. Carlos Marsh, ECF No. 42; Notice of Appearance or Withdrawal of Counsel: for att'y Dennis Jay Price II counsel for Plf. Carlos Marsh, ECF No. 43. Since then, none of Plaintiff's remaining counsel have taken action in this case on Plaintiff's behalf. The Final Pretrial Conference was scheduled for January 3, 2023. As of the date of this Order, the parties have failed to comply with Local Rules 16-4, 16-5, 16-6, and 16-7.

Accordingly, Plaintiff's counsel is **ORDERED** to show cause in writing by **January 13, 2023,** why this Action should not be dismissed for lack of prosecution. Both parties are **ORDERED** to show cause in writing by **January 13, 2023,** why monetary sanctions should not be imposed on them. The filing of the required pretrial documents shall be deemed a sufficient response to this Order to Show Cause.

**IT IS SO ORDERED.**

DATED: January 6, 2023         /S/ RONALD S.W. LEW
                              **HONORABLE RONALD S.W. LEW**
                              Senior U.S. District Judge